In the Matter of LYNN WESTERN, as Superintendent of Schools of Gorham-Middlesex Central School District, et al., Respondents, v MALCOLM MACKENZIE, as President of the Marcus Whitman Teachers' Association, et al., Appellants.— Order unanimously affirmed with costs. Memorandum: We reject respondents' contention that the cooperative service contract entered into between petitioner Board of Education of Gorham-Middlesex Central School District and the Wayne-Finger Lakes Board of Cooperative Education Services for the provision of itinerant teaching services for a one-half time Spanish teacher *(see,* Education Law § 1950 [4] [bb] [3]) fell within the ambit of the grievance provision of the parties' collective bargaining agreement. In our view, respondents' demand for arbitration failed to satisfy either of the *Liverpool* inquiries *(see, Matter of Acting Supt. of Schools of Liverpool Cent. School Dist. [United Liverpool Faculty Assn.],* 42 NY2d 509). Thus, Supreme Court properly granted petitioners' application to stay arbitration *(see,* CPLR 7503 [b]). (Appeal from Order of Supreme Court, Ontario County, Curran, J.—Arbitration.) Present—Boomer, J. P., Pine, Lawton, Fallon and Doerr, JJ.